NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LINDA MOTT
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: Linda.J.Mott@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUNNAR DANE PUFFER,<br><br>Defendant. | Case No.: 2:17-mj-00301-VCF<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

COMES NOW, Linda Mott, Assistant United States Attorney, and pursuant to LR IA 11-6 of the Rules of the United States District Court, District of Nevada, hereby moves this Honorable Court to allow Linda Mott, Assistant United States Attorney, to withdraw as attorney of record. Christopher Burton, Assistant United States Attorney is assigned to this case.

DATED: January 31, 2019

                                          Respectfully submitted,

                                          NICHOLAS A. TRUTANICH
                                          United States Attorney

                                          */s/ Linda Mott*
                                          _____
                                          LINDA MOTT
                                          Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-mj-00301-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| GUNNAR DANE PUFFER, | |
| Defendant. | |

IT IS HEREBY ORDERED that Linda Mott, Assistant United States Attorney is withdrawn as attorney of record for the Government.

IT IS FURTHER ORDERED that Linda Mott shall be removed from the CM/ECF service list in this case.

Dated: 2-1-2019

Honorable Cam Ferenbach
United District Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** was served upon counsel of record, via Electronic Case Filing (ECF).

DATED: January 31, 2019.

/s/ Linda Mott

LINDA MOTT
Assistant United States Attorney